**In The**

**Court of Appeals**

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00149-CR**
_____

**AISHA JOSEPH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 14-19601

**MEMORANDUM OPINION**

Aisha Joseph has filed a motion to dismiss her appeal. Joseph's motion shows that the trial court granted her motion for new trial while the court retained plenary power over the case. *See* Tex. R. App. P. 21.9(b) ("Granting a new trial restores the case to its position before the former trial[.]"). Accordingly, we dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 14, 2015
Opinion Delivered July 15, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.